53 RJW

## COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name  FREDERICK          JERRY                    M
      (Last)            (First)              (Initial)

Prisoner Number    P94354

Institutional Address  CTF-SOUTH  D7-79up, P.O.Box 690

      Soledad, CA 93960-0690

========================================================================

UNITED STATES DISTRICT COURT

E-filing FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY MICAEL FREDERICK                CV No. 08          2221
(Enter the full name of the          (To be provided by the clerk
plaintiff in this action)            of court)

            vs.                      ORIGINAL

California Dept. Of Corrections      COMPLAINT UNDER THE CIVIL
and Rehabilitation (CDCR)            RIGHTS ACT, 42 U.S.C § 1983
VELMA RASO

RUSS POPE                            ( X ) DEMAND FOR JURY TRIAL
                                     (___) NO JURY TRIAL DEMAND
P.TAPORCO, P.G.DENNIS                        (check one only)
(Enter the full name of the
defendant(s) in this action)

        All questions on this complaint form must be answered in order
for your action to proceed.

I.   Exhaustion of Administrative Remedies

     **Note:**  You must exhaust your administrative remedies before
     your claim can go forward.  The court will dismiss any
     unexhausted claims.

     A.   Place of present confinement CORRECTIONAL TRAINING FACILITY (CTF)

     B.   Is there a grievance procedure in this institution?
          YES ( X )    NO (   )

1

C.   Did you present the facts in your complaint for review
     through the grievance procedure?   YES (x)   NO ( )

D.   If your answer is YES, list the appeal number and the date
     and result of the appeal at each level of review.  If you
     did not pursue a certain level of appeal, explain why.

     1.   Informal appeal CTF-07-01179  Denied 4/24/07

     2.   First formal level CFT-07-1179 Denied 7/3/07

     3.   Second formal level CTF-07-01179, Denied on 7/9/07

     4.   Third formal level CTF-07-1179, Denied on 8/13/07

E.   Is the last level to which you appealed the highest level of
     appeal available to you? YES ( X ) NO ( )

F.   If you did not present your claim for review through the
     grievance procedure, explain why.  I filed a second grie-

vance on the same ADA issue after I was medically cleared
                                    (see attached page 2b)

II.  Parties

Write your name and your present address.  Do the same for
additional plaintiffs, if any.

A.                      see attached page 2c

Write the full name of each defendant, his or her official
position, and his or her place of employment.

B.                      see attached page 2c

2

1                        **ADMINISTRATIVE RELIEF**

2   to go to camp as a special skills worker only. The CDC 602

3   appeal form was sent back to me on two occasions, by Appeals

4   Coordinator P.G.Dennis. The appeals coordinator P.G.Dennis asked

5   me to supply information that was not available to me. So he

6   would not continue to process the 602 appeal.

## PARTIES

1. Plaintiff, **JERRY FREDERICK** is a prisoner of the State of California Department of Corrections, presently incarcerated at Correctional Training Facility (CTF). P.O.Box 690, Soledad, CA 93960-0690

2. At all times mentioned in this complaint defendant **Associate Warden Velma Raso** was employed by the California Department Of Corrections & Rehabilitation at CTF-South facility.

3. At all times mentioned this complaint defendant **Unit VII-Facility Captain Russ Pope** was employed by the California Department Of Corrections & Rehabilitation at CTF-South facility.

4. At all times mentioned in this complaint defendant **Correction Counselor I P.Taporco** was employed by the California Department Of Corrections & Rehabilitation at CTF-South facility.

5. At all times mentioned in this complaint defendant **Appeals Coordinator P.G.Dennis** was employed by the California Department Of Corrections & Rehabilitation at CTF-South facility.

6. At all times mentioned in htis complaint, each defendant **was acting under color of sate law.**

7. At all times mentioned in htis complaint, each defendant was acting in their **official capacity** and in the scope and course of their employment.

8. All of the defendant(s), and each of them, are also sued in their **individual capacities** for the claims alleged in this complaint.

2c

III. Statement of Claim

State here as briefly as possible the facts of your case. Be
sure to describe how each defendant is involved and to include dates,
when possible. Do not give any legal arguments or cite any cases or
statutes. If you have more than one claim, each claim should be set
forth in a separate numbered paragraph.

**DISCRIMINATED FROM PARTICIPATING IN A CDCR PROGRAM**

**BASED ON MY DISABILITY UNDER THE ADA ACT.**

1. I am being denied the right to participate in a California
Department of Corrections and Rehabilitation (CDCR) fire camp
program. Because of my disability. I am a non-insulin dependent
diabetic.

2. On 3/15/07 I was sent to medical here at CTF-south, to be
evaluated for firecamp placement. I was seen by staff physician
T.FRIEDERICHS,M.D. (see Exhibit A)

3. Dr.T.Friederichs told me he could not clear me at this time
because of a medical condition. He noted that I was a non-insulin
dependent diabetic and boarderline high blood pressure. I filed
a CDC 1824 on the denial for camp based on these issues. (see Exhibit B)

4. My 602 grievance appeal was denied at the 1st & 2nd level.
But seeing that I had an ADA issue with the denial, Dr.T.Friederichs
on 6/21/07 advised me to come back and see him, because he was
going to call too see if I could go to camp with my medical condition.
I was scheduled to see him again on 7/13/07. (see Exhibit C)

5. On 7/13/07 I was then cleared to go too firecamp as a special

(see attached page 3b.)

3

1  skills worker, but not as a full duty firefighter. (see Exhibit

2  D) Around this time a new correctional counselor I was assigned

3  too dorm 7. The dorm in which I lived at the time.

4  6. This new CCI was P.Taporco. On 8/13/07 my ADA appeal was de-

5  nied at the Director's Level. (see Exhibit E) The last level of

6  appeal required for exhaustion of remedies.

7  7. With my revised CDC-128 medical chrono clearing me to go to

8  firecamp, I was put up for a classification committee hearing

9  for consideration for transfer to camp. The classification hear-

10  took place on 9/25/07.

11  8. In the classification hearing were: Defendents, CCI P.Taporco

12  Facility Captain. Russ Pope, and CCI L.Santos a non-party to

13  this complaint, who was there as a witness to the precedings and

14  recorder.

15  9. Plaintiff upon information and belief, and thereon alleges

16  that defendant CCI P.Taporco began the hearing by, vehemently

17  arguing that I should not be allowed to transfer to camp because

18  I could not fight fires like everybody else. I tried to explain

19  that I was allowed to go just as a special skills worker. De-

20  fendant Capt.R.Pope then stated that he used to work in the CDCR

21  camp program, but that he could not remember anyone going to

22  camp just as a special skills worker. After going back and forth

23  on the issue Capt.Pope told me to wait outside the hearing while

24  he made a call, to see if in fact I could go to firecamp just as

25  a special skills worker.

26  10. Plaintiff upon information and belief, and thereon alleges

27  that about fifteen minutes later defendant CCI P.Taporco came

28  out of the hearing and told me that the classification committee

1 is not going to even consider my transfer to firecamp based on
2 my inability to fight fires, because of my disability. I then
3 stated that the decision is wrong. Under the ADA I am allowed to
4 go to camp just as a special skills worker. Defendant CCI P.Ta-
5 porco replyed, that will be all Frederick you can go. So I then
6 left.
7 11. On 10/07/07 I immediately filed a CDC 602 appeal. Explaining
8 my disapproval of the action taken against me in the classifica-
9 tion hearing. (see Exhibit F)
10 12. After my CDC 602 appeal form was denied processing by defen-
11 dant appeals coordinator, P.G.Dennis (see claim II) I wrote to
12 Associate Warden Velma Raso asking for her help in getting this
13 matter straighten out. (see Exhibit G)
14 13. On 10/28/07 I wrote to defendant AW V.Raso on a CTF-304 Muti
15 Purpose form. With a letter attached explaining that I have been
16 medically cleared to go to firecamp as a special skills worker.
17 I explained to her that I was denied for transfer to camp in
18 classification because of my disability. But that the decision
19 was not baseed on current CDCR policy, or the Armstrong Vs Sch-
20 warzenegger remedial plan for the ADA. Defendant AW V.Raso an-
21 swered back by saying that my appeal had been answered at the
22 Director's Level and that the only entity that can clear me for
23 full duty camp placement is medical staff. And there is nothing
24 in her scope of authority to change that.(see Exhibit Ga)
25 14. Defendant V.Raso never adequately investigated my claim. I
26 had already been cleared to go to firecamp as a special skills
27 worker by the medical staff when I asked for her help. She never
28 seriously looked into CDCR's guidelines for camp placement for

1  inmates under the ADA or Armstrong remedial plan. She instead
2  refered to my first CDC 1824/602 that I filed on 3/17/07. Asking
3  to go to firecamp full duty with no restrictions. Which was de-
4  nied at the third level.(see Exhibit E)
5  15. On 1/8/08 CCI P.Taporco placed in my C-file a 128B chrono
6  stating that he called Zona Allen the C&PR at SCC and was told
7  that inmates who were diabetic could not go to firecamp as spe-
8  cial skills workers.(see Exhibit H)
9  16. Plaintiff is informed and believes, and thereon alleges,
10 that defendant P.Taporco did not explain to Zona Allen the C&PR
11 that I am a non-insulin dependent diabetic who was medically
12 cleared to go to firecamp, and that this was an ADA issue.

## CLAIM II

**CHILLING OF 1ST AMENDMENT
RIGHT TO PETITION GOVERNMENT
FOR REDRESS OF GRIEVANCES AS
REQUIRED BY 42 USC 1997 e(a)**

1. On 10/7/07 I filed a CDC 602 inmate grievance form.

2. The grievance form stated my disapproval of the adverse action taken against me on 9/25/07 in classification. (see Exhibit F.)

3. The 602 grievance form was sent back to me on two different occasions, by the Appeals Coordinator P.G.Dennis.

4. The reason for the appeal form being sent back to me on the first occasion stated that: It was a duplicate of a previous appeal on which a decision has been rendered or is pending. (see Exhibit Fa)

5. But I answered back with a letter saying: they were not the same appeal, but that each appeal were based on it's own distinct appeal issue on 10/17/07. (see Exhibit Fb) I resubmitted the appeal with the letter attached.

6. My 602 appeal form was sent back to me for a second time by defendant Appeals Coordinator P.G.Dennis on 10/19/07.

7. This time the screening 602 appeal form stated: I did not include the necessary copies of my chrono(s). Namely, UCC/ICC est. WP/PG, Custody, Transfers with a CDR endorsement and Level of Placement, and a CDC-128G. (see Exhibit Fc) I have nevered received any of the aforementioned chrono(s) after a classification hearing while here at Correctional Training Facility (CTF).

8. Plaintiff, upon information and belief, and thereon alleges that one week after I received the second screening 602 back I showed my counselor CCI Taporco the 602 and asked for the needed

1  chrono(s). Which he replyed that there are no chrono(s) because
2  no classification hearing took place. We did'nt consider you be-
3  cause you are not eligible to go to camp based on your medical
4  condition. Without the chrono(s) defendant P.G.Dennis would not
5  proceed with the CDC 602 grievance form.

IV.  Relief

Your complaint cannot go forward unless you request specific relief.  State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

WHEREFORE, plaintiff JERRY FREDERICK prays for the following relief.

1. Injunctive relief in that CDCR should not discriminate against

me for my disability, and transfer me to firecamp as a special

skills non-firefighter worker,

2. Compensatory damages according to proof,
                                          (see attached page 4b)

DATED:  2-26-08                    _____
                                   (Plaintiff's signature)

------------------------------------------------------------

**VERIFICATION**
(optional)

I am the plaintiff in the above-entitled action.  I have read the foregoing complaint and know the contents thereof.  The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  2-26-08                    _____
                                   (Plaintiff's signature)

------------------------------------------------------------

**JURY TRIAL DEMAND**
(optional)

I demand a jury trial for all claims for which a jury trial is

4

**PRAYER FOR RELIEF**

3. Punitive damages in the sum equal to each defendant(s) monthly

salary, sued in his/her individual capacity according to proof,

4. Costs of suit,

5. Declare that plaintiff was discriminated against by CDCR and/

or it's employees thereof; and

6. Such further relief that the court deems proper.


**DEMAND FOR JURY TRIAL**

Plaintiff, **JERRY FREDERICK** hereby demands a trial by jury.

allowed.

YES (X )        NO (  )    (check one only)

Dated: *2 - 26 - 08*        _Jerry Tederus_____
                              (Plaintiff's signature)

(rev. 11/98)

5

| NAME FREDERICK | NUMBER P-94354 | HOUSE D7/79U | CTF-S | CDC-128-C |
|---|---|---|---|---|

Inmate FREDERICK P-94354, DUE TO A MEDICAL CONDITION THAT REQUIRES WEEKLY MONITORING, IS NOT CLEARED FOR FIRE CAMP. HE IS CLEARED FOR COMMUNITY CORRECTIONAL FACILITY (CCF) AND COMMUNITY CORRECTIONAL RE-ENTRY CENTER/WORK FURLOUGH.

**DURATION: FROM 3/15/07 FORWARD**

ORIG: C-FILE
COPY: UNIT SGT.
    INMATE
    CCI
    ASSIGN. LT.
    CONTROL
    MEDICAL FILE
    CHRONO FILE

_____
T. FRIEDERICHS, M.D.

_____
JOSEPH CHUDY, M.D. (A)
CHIEF MEDICAL OFFICER (A)
CTF - SOLEDAD

D. Decker PA-C
CTF-Soledad, CA
2/26/08

cs    MEDICAL- PSYCHIATRIC- DENTAL

**DATE: 03/15/07**    **FREDERICK P-94354**

Exhibit A

Exhibit D

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR
ACCOMMODATION REQUEST**
CDC 1824 (4/95)

INSTITUTION/PAROLE REGION:    LOG NUMBER:    CATEGORY:

RECEIVED

YFD- 01179
RECEIVED

MAY 1-

APR 18 2007

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

CTF APPEALS                    CTF APPEALS                    CTF APPEALS

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| JERRY FREDERICK | P-94354 | | | D7-79up |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

NON-INSULIN DEPENDENT DIABETIC

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
CDC MEDICAL RECORDS, ORAL MEDICATION

DESCRIBE THE PROBLEM:
On 3-15-07 I was sent to medical at CTF-south to be evaluated for fire camp placement. Per chrono issued by CCI G.SMITH. I was seen by staff physician T.FRIEDERICHS,M.D. He told me he could not clear me for fire camp because my blood pressure was high that day. He also noted that I'am a non-insulin diabetic. The problem is: I have never had any problems with high blood pressure in my life. I have never taken any medication for high blood pressure.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? I feel that based on my non-insulin diabetes, I should not be excluded from participation in the fire camp progra. The reason I state this two fold: (1) I am not seeking to go to fire camp as only a fire fighter, but as a special skills worker, i.e. cook, maintenance worker ect. Which I am qualified to do under the ADA act. (2) If the medical

(see additional sheet)

INMATE/PAROLEE'S SIGNATURE                     DATE SIGNED
                                               3-21-07

REASONABLE MODIFICATION OR ACCOMODATION REQUEST
CDC 1824 (1/95)

| REVIEWER'S ACTION |
|---|

'PE OF ADA ISSUE

DATE ASSIGNED TO REVIEWER: 5·26·07
DATE DUE: V 16·07

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

☐ Auxiliary Aid or Device Requested
☐ Other_____

☐ PHYSICAL ACCESS (requiring structural modification)

DISCUSSION OF FINDINGS:_____

_____

_____

_____

_____

_____

_____

_____

_____

DATE INMATE/PAROLEE WAS INTERVIEWED            PERSON WHO CONDUCTED INTERVIEW

DISPOSITION

☐ GRANTED   ☒ DENIED   ☐ PARTIALLY GRANTED

BASIS OF DECISION: Interviewed Inmate Frederick on 4.24.07.
Appeal Denied. Inmate Frederick has expressed
a desire, to his Assigned Counselor, to be screened
for Camp placement. On 3.15.07 T. Friedericks, MD.
authored a CDC 182 C indicating that Inmate Frederick
is not cleared for Camp.

NOTE: If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|
| _____ S. Hill | CCII | CTF - S |

| APPROVAL |
|---|

ASSOCIATE WARDEN'S SIGNATURE
P. Manderell

DATE SIGNED
4/24/07

DATE RETURNED TO INMATE/PAROLEE 2 5 2007

MAY 2 3 2007

DESCRIBE PROBLEM: Even here at CTF I have never been monitored for high blood pressure. So on that one day when my blood pressure was high ther could have been a reason for it. Mabe something I ate, stress? It doesn't mean that I have constant high blood pressure. Also my diabetes has been stable for years through diet and exercise. Also it has been noted by Dr. Ahmed at CTF-NORTH that I am stable, and I have been monitored here at CTF-SOUTH with weekly finger sticks. I have never been hospitalized for my diabetes or suffered any negative physical effects from it. Dr.Fried erichs noted other than these I am in good health.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION REQUESTED? issue is a concern

I should have the option of going to CMC. Their fire camp program is locate on prison grounds. Close to the prison hospital. The constant exercise at fire camp can only help in keeping my diabetes in check. Also I would have a better and healthier choice of food to eat.

Exhibit B                                    JERRY FREDERICK P-94354

NUMBER: P94354         NAME: Fr___rick         HOUSING: D7-79U         CDC-128-G (Rev. 4/74)

Summary: PROGRAM REVIEW:         DENY FIRE CAMP PLACEMENT DUE TO MEDICAL CONCERN; REFER
                                 TO CDC-128C DATED 3/15/07. CPP CULINARY.

Custody:  MIN B              Release:    EPRD  3/31/12            Fac. Level:   I
GPL:  7.4                    Reclass:   7/07      I/M's Age: 42           CS:  14
Work Group:  A1        Privilege Group:   A  (Eff:. 7/20/06)            RPS:  8/11

Frederick appeared before Unit VII U.C.C. today a Program Review. Purpose of Review: Inmate Frederick has requested
to be considered for Camp placement. Committee reviewed the CDC-128C, dated 3/15/07, from T. Friederichs, M.D.,
which indicates that Inmate Frederick is not medically clear for Fire Camp due to a medical concern that requires weekly
monitoring. Committee further notes the pending appeal in which Inmate Frederick indicates that Dr. Friederichs would
not clear him for fire camp due to high blood-pressure and a non-insulin diabetic condition. Committee informed
Frederick that without medical clearance, there can be no referral for Camp placement. COMMITTEE ACTIONS: Deny
camp placement based on medical concern. COMMENTS: Inmate Frederick actively participated in today's U.C.C. and
acknowledged his understanding of the Committee's actions. He stated that he disagreed with the Committee's actions.
Frederick stated, "Based on the Armstrong Remedial Plan I am cleared for Fire Camp with a diabetic condition. On
6/21/07 Dr. Friederichs advised me to come back and see him, because he was going to call around to different fire camps
to see if they could monitor my diabetes; and I am scheduled to see him again on 7/13/07." Frederick was advised of his
right to appeal Committee actions. 72 hour written notification waived per CCR 3375(f)(1), 128-B-1 on file.

CHAIRPERSON: S. HILL, FAC. CAPT.(A)                    Recorder: L. SANTOS, CCI
Panel:       S. HILL, FAC. CAPT.(A): G. WALTERS, CCI: L. SANTOS, CCI /gw

Dist.:  C-File
        Inmate

DATE: 7/3/07              Classification: PROGRAM REVIEW              Inst: CTF-S

Exhibit "C"

NAME FREDERICK    NUMBER P94354    HOUSE D7-79U    CTF-S    CDC-128-C

REVISED CHRONO DATED 3/15/07

Due to a medical condition, inmate Frederick is cleared only for "special skills" placement in a fire camp.
He may not fight fires.  Mr. Frederick is cleared for placement in a Community Correctional Facility (CCF)
and Community Correctional Re-entry Center/ Work Furlough.

Duration: 7/13/07 forward

ORIG: C-FILE
COPY: UNIT SGT.
    INMATE
    CCI
    ASSIGN. LT.
    CONTROL
    MEDICAL FILE
    CHRONO FILE

DATE: 7/13/07                CTF - SOLEDAD
                            cf

T. FRIEDERICHS
STAFF PHYSICIAN

JOSEPH CHUDY, M.D.
CHIEF MEDICAL OFFICER

MEDICAL- PSYCHIATRIC- DENTAL

Exhibit O

DEPARTMENT OF CORRECTIONS
NOTICE OF CLASSIFICATION HEARING

ROUTING INSTRUCTION
ORIG. CENTRAL FILE
CC. INMATE

| INMATE'S NAME: | CDC #: | HOUSING#: | DATE: |
|---|---|---|---|
| **FEDERICK** | **P-94354** | **SOD7-79U** | **September 25, 2007** |

**REASON:** On, *9/25/2007* you are tentatively scheduled to appear before the Unit VII Classification Committee for *UCC* pertaining to *initial classification, special classification, program review, annual,* and/or any other miscellaneous custody related issues will be reviewed. Also, bring any updated addresses, telephone numbers, and any pertinent information of family and/or other persons listed on your Emergency Notification Worksheet (CDC-127).

72 Hour Waiver

| STAFF'S NAME: | TITLE: | INSTITUTION: |
|---|---|---|
| **P. Taporco** | **Correctional Counselor I** | **CTF-South** |

CDC 128-B-1  (4/75)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date: AUG 1 3 2007

In re:    Jerry Frederick, P94354
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

IAB Case No.: 0700695        Local Log No.: CTF-07-01179

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner B. Sullivan, Staff Services Manager I.  All submitted documentation and supporting arguments of the parties have been considered.

I    APPELLANT'S ARGUMENT:  It is the appellant's position that he is a non-insulin dependent diabetic. He ·says that on March 15, 207, he was sent to medical at Correctional Training Facility (CTF) to be evaluated for fire camp.  He says that pursuant to the chrono, he was not cleared for fire camp because his blood pressure was high.  He says he has never had high blood pressure before.  He believes he should not be excluded from fire camp as he wants to be not only a firefighter but a special skills worker.

II    SECOND LEVEL'S DECISION:  The reviewer found that on March 15, 2007, Dr. Friederichs authored a CDC Form 128-C, Medical Chrono stating the appellant was not cleared for fire camp due to a medical condition that requires weekly monitoring.  On July 3, 2007, the appellant appeared before the Unit Classification Committee and his request for fire camp was denied based on the medical .chrono by Dr. Friederichs. The appeal is denied at the Second Level of Review.

III    DIRECTOR'S LEVEL DECISION:  Appeal is denied.

A.  FINDINGS:  At the Director's Level of Review, the appellant says he saw Dr. Friederichs again on July 13, 2007, for a re-evaluation of fire camp eligibility. He says that Dr. Friederichs did clear him as a special skills worker only; however, the appellant says that based on his medical records for diabetes, it shows that his condition is stable and under control.  He asks to be cleared for full-duty with no restrictions.

The appellant must understand that the only entity that can clear him for full duty camp placement is the medical staff at his current institution.  He has been evaluated on two different occasions for camp consideration. He was first denied camp but later is approved for special skills.  The camp programs are not equipped for inmates that require ongoing medical treatment.  Such type of care is not available in fire camps and is not part of their mission.  The appellant has been cleared for camp special skills and if placement in a camp is approved by the UCC, the appellant will be eligible to earn camp credits.  After considering the evidence and arguments herein, it has been determined that staff acted appropriately on the appellant's request.

B.  BASIS FOR THE DECISION:
Armstrong Remedial Plan: ARPI, ARPII.A, ARPII.F, ARPIV.I.14, ARPIV.I.15, ARPIV.I.18, ARPIV.K
California Code of Regulations, Title 15, Section: 3350, 3354, 3360, 3361, 3362

C.  ORDER:  No changes or modifications are required by the Institution.

*Exhibit "E"*

JERRY FREDERICK, P94354
CASE NO. 0700695
PAGE 2

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, CTF
       Health Care Manager, CTF
       Appeals Coordinator, CTF
       Medical Appeals Analyst, CTF

Exhibit "E"

STATE OF CALIFORNIA

$i b - 19 - b$ )    $10 - 10 - 0$ .

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location:    Institution/Parole Region    Log No.    Category

1. _____    1. _____    $15 - 4$

2. _____    2. _____    $2 - 9$

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| JERRY FREDERICK | P-94354 | | D7-79up |

A. Describe Problem: On 9/25/07 I was sent to classification to be put up for fire camp. During the classification hearing I was told by Capt. Pope to wait out side so that he could call around to see if I was eligible to go to fire camp. Even though I had in my C-file a medical chrono clearing me to go to fire camp as a "special skills" worker from T.Friderichs,M.D. on 7/13/07. I was subsequently I was told by my counselor CCI Taporco that I would not be considered for transfer to fire camp because I was not cleared to fight fires. It is a well known fact that everyone who goes to fire camp does not go "strickly to fight fires." Dr. Friderichs cleared me because he personally made calls to find out if it was alright for me to go to fire camp as

If you need more space, attach one additional sheet.

B. Action Requested: I am asking to stop being discriminated from participating in an Institutional program that I otherwise qualify for, if not for my NON-INSULIN diabetic condition. To reverse the classification committee's decision, and clear me for transfer to fire camp as a "special skills" worker i.e. cook, clerk, maintenance person ect. In accordance with my CDC-128-C medic

Inmate/Parolee Signature: Jerry Frederick    Date Submitted: 10-7-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

RECEIVED
OCT 10 2007
APPEALS

RECEIVED
OCT 19 2007

CTF APPEALS

con't

A. Describe Problem: a "special skills" worker only. I do not think he would write an unauthorized chrono clearing me to go to fire camp if he did not get the authorization he at first sought.

B. Action Requested: chrono by T.Friderichs,M.D. here at CTF-south. I am in good physical condition and can perform the fire fighting duties if allowed to. But due to CDCR concerns about my NON-INSULIN diabetes, I amended my request to go to fire camp as a "special skills worker". Of which I was medically approved.

Exhibit "F"

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*October 11, 2007*

**FREDERICK, P94354**
*SOD700000000079U*

Log Number: CTF-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).*

*Comments: You have appealed a decision that has been answered at the third level; Log #07-01179.*

J. Aboytes / P. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

October 19, 2007

FREDERICK, P94354
SOD700000000079U

Log Number: CTF-S-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have failed to provide necessary copies of your chrono(s).*

*Comments; UCC/ICC est., WG/PG, Custody, Transfers with a CDR endorsement and Level of*
*Placement. Last, attach a CDC-128G and you have 15 days after receipt.*

J. Aboytes / P. G. Dennis
Appeals Coordinators
Correctional Training Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

## MULTI-PURPOSE FORM

TO: _Associate Warden, Rasso_ _____ DATE: ▓▓▓▓▓▓
      (Name)                              (Title)

- ❏ MEDICAL CONCERN
- ❏ DENTAL CONCERN
- ❏ VISITING CONCERN
- ☒ REQUEST FOR INTERVIEW
- ❏ PACKAGE ROOM
- ❏ REQUEST FOR I.D. CARD
- ❏ REQUEST TO REVIEW CENTRAL FILE

- ❏ TRUST ACCOUNT BALANCE $ _____
- ❏ TRUST ACCOUNT WITHDRAWAL
- ❏ REQUEST FOR ROOM CHANGE
- ❏ REQUEST FOR UNIT CHANGE
- ❏ FAMILY HOUSING UNIT VISIT INTERVIEW
- ❏ REQUEST FOR CHAPLAIN INTERVIEW
- ❏ MEDICALLY CLEARED FOR CULINARY REQUEST

- ❏ MAIL ROOM: Request for metered envelopes *(No Funds)*
- ❏ E.P.R.D.: You should be within six *(6)* months of release date to inquire

REASON FOR REQUEST *(Be specific: Explain your problem)*: ▓▓▓▓▓▓▓▓▓▓▓▓ - _Exhibit "G"_

_Mr. Medina, as requested I am returning your 602. As stated in
the third level response "the only entity that can clear you for full duty_
DATE: _Camp placement is medical staff"_ STAFF RESPONSE: _"Unfortunately there is nothing within
my scope of authority that I can do to change that."_

INMATE NAME: _Frederick_ _____ INMATE NUMBER: _P94354_ ____ CELL: _07-794_

ASSIGNMENT: _____ HOURS: _____ RDO'S: _____

CTF-304 (Rev. 04-97)

_Exhibit "Ga"_

Dear Masry,

I am writing this letter to you seeking help to clear up a problem that I am having in getting cleared to go to fire camp. You see, I am a non-insulin diabetic with a medical clearence for fire camp. To go as a special skill worker, i.e clerk, cook, ect. On 9-25-07 I went before the classification commitee to be put up for transfer to camp. In the commitee hearing my counselor, CCI Taporco argued for denying my transfer to camp. Because in his words "I can not fight fires so I should not be allowed to go to camp." Capt. Pope who was leading the classification commitee seemed to be torn between the fact that, although I did have medical clearence to go to camp he was not sure that I could go only as a "special skills worker." Subsequently, I was told by CCI Taporco that I would not be considered for fire camp because "I could be cleared for full duty and fight fires." This decision was arbitrary and not based on current DOCR policy. Or the Armstrong vs Schwarzenegger remedial plan of the IDA. I was given no reason for my denial, besides the fact that I could not fight fires as a regular firefighter. I immediately relayed my disapproval with the decision. I told my counselor CCI Taporco that I would be filing a 602 appeal form*

My appeal has stalled because I lack some of the information from my classification hearing. Namely, the: UCC ICC est, JG/PG, Custody, CDR transfer endorsement/denial and the CDC-128G chrono that should have been sent to me after the classification hearing. Which in it self is a violation of my due process. I am asking you to look over issue and the documents outlining the CDCR criteria for placement in fire camp for inmates with disabilities. So that a correct and informed decision can be made on my eligibility status for fire camp placement.

Thank You.
Respectfully,

Jerry Aadode

10-28-07

*Additional information on this over.
↓

On 3-21-07 I fil'a COC 602 to go to fire camp All duty
no restrictions for which I was not medically cleared to do.
The appeal went all the way to Sacremento, but was ultimately
denied. I have since been cleared to go special skills.

**NAME and NUMBER**    P94354    Fredricks    D7-79U    4/72)    CDC-128B (Rev.

On 1-8-08 I contacted Zona Allen the C&PR at SCC concerning inmates that are not medically cleared for Camp but are cleared for a special skills position in camp, and her answer was not if the inmate is a diabetic.

Original: Central File
cc// Inmate

P.O. TAPORCO
Correctional Counselor
Unit VII

DATE: 1-8-08                Informational Chrono                CTF-South

Exhibit "H"

ORIGINAL

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, JERRY FREDERICK _____, declare:

I am over 18 years of age and a party to this action. I am a resident of Correctional Training

Facility-South (CTF) _____ Prison,

in the county of Monterey

State of California. My prison address is: P.O. Box 690, Soledad, CA 93960

On April·18, 2008
(DATE)

I served the attached: Complaint Under the Civil Rights Act 42 U.S.C 1983

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

Northern District Of California-San Francisco
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102-3483

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on 4-18-08
(DATE)

(DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1

*ORIGINAL*

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

JERRY FREDERICK Pro Se

## DEFENDANTS

Calif. Dept of Corrections & Rehabilitation, V.Raso Associate Warden

R.Pope Fac.Captain, P.Taporco CCI,

P.G.Dennis Appeals Coordinator

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

Edmund G.Brown,Jr. Attorney General

c/o Office of Calif. Attorney General

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Americans With Disabilities (ADA). Being denied access to a CDCR program based on my disability.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl Ret Inc Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $70,000 Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) (See instructions:)
IF ANY

N/A

JUDGE _____  DOCKET NUMBER _____

DATE 4-18-08

SIGNATURE OF ATTORNEY OF RECORD

*Jerry Frederick pro se*

UNITED STATES DISTRICT COURT

S 44
Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

JERRY FREDERICK Pro Se

## DEFENDANTS

Calif. Dept of Corrections & Rehabilitation, V.Raso Associate Warden

R.Pope Fac.Captain, P.Taporco CCI,

P.G.Dennis Appeals Coordinator

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

Edmund G.Brown,Jr. Attorney General

c/o Office of Calif. Attorney General

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Americans With Disabilities (ADA). Being denied access to a CDCR program based on my disability.

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE /PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $70,000   Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
N/A

JUDGE _____   DOCKET NUMBER _____

DATE 4-18-08    SIGNATURE OF ATTORNEY OF RECORD    Jerry Frederick pro se

UNITED STATES DISTRICT COURT

S 44
Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

JERRY FREDERICK Pro Se

## DEFENDANTS

Calif. Dept of Corrections & Rehabilitation, V.Raso Associate Warden

R.Pope Fac.Captain, P.Taporco CCI,

P.G.Dennis Appeals Coordinator

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

Edmund G.Brown,Jr. Attorney General

c/o Office of Calif. Attorney General

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of
Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)    Americans With Disabilities (ADA). Being denied access

to a CDCR program based on my disability.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE /PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med Malpractice | ☐ 625 Drug Related Seizure of | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury— | Property 21 USC 881 | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Product Liability ☐ 368 Asbestos Personal | ☐ 630 Liquor Laws ☐ 640 R R & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers Liability | Injury Product Liability | ☐ 650 Airline Regs ☐ 660 Occupational | ☐ 820 Copyrights ☐ 830 Patent | Corrupt Organizations ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine ☐ 345 Marine Product | **PERSONAL PROPERTY** ☐ 370 Other Fraud | Safety/Health ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | Liability ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | Property Damage ☐ 385 Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DWC/DWWW (405(g)) ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | Disclosure Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment ☐ 443 Housing/ | Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to |
| ☐ 240 Torts to Land ☐ 245 Tort Product Liability | Accommodations ☐ 444 Welfare | ☐ 530 General ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 871 IRS—Third Party 26 USC 7609 | Justice ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other ☒ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | | State Statutes ☐ 890 Other Statutory Actions |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

Transferred from                                    Appeal to District

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Judge from
Magistrate
Judgment

## VII. REQUESTED IN
COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND** $70,000 Check YES only if demanded in complaint:

**JURY DEMAND:** ☒ YES  ☐ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY          N/A

JUDGE _____          DOCKET NUMBER _____

DATE  4-18-08

SIGNATURE OF ATTORNEY OF RECORD

Jerry Frederick pro se

UNITED STATES DISTRICT COURT



C. RAMIREZ AV-6466
P.O. BOX 690
SOLEDAD, CA 93960-0690

RECEIVED

APR 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA





Court Clerk

Northern District of California - San F...
U.S. Courthouse
450 Golden Gate Ave.
San Fransico, CA 94102-3483



JERRY FREDERICK 194354
CIP-SOUTH D7-79up
P.O. BOX 690
SOLEDAD, CA 93960-0690

Att: Court Clerk

Northern District of California-San Francisco

U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102-3483