FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JERRY FREDERICK
Plaintiff,

vs.

CDCR,
VELMA RASO,
RUSS POPE,
P.TAPORCO
P.G.DENNIS
Defendant.

CV 08 2221 MMC (PR)

CASE NO. ____________

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Jerry Frederick, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes X No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $36.00 per month Net: $16.20 after restitution

Employer: California Department Of Corrections & Rehabilitation at the Correctional Training Facility (CTF)

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

N/A

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ___ No _X_

b. Income from stocks, bonds, or royalties? Yes ___ No _X_

c. Rent payments? Yes ___ No _X_

d. Pensions, annuities, or life insurance payments? Yes ___ No _X_

e. Federal or State welfare payments, Social Security or other government source? Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married? Yes ___ No _X_

Spouse's Full Name: ______

Spouse's Place of Employment: ______

Spouse's Monthly Salary, Wages or Income:

Gross $______ Net $______

4. a. List amount you contribute to your spouse's support:$ 0

b. List the persons other than your spouse who are dependent upon you for support

and indicate how [illegible] NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No X

Make ____________ Year ____________ Model ____________

Is it financed? Yes _____ No _____ If so, Total due: $ ____________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes _____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: ____________

______________________________________________

Present balance(s): $ ____________

Do you own any cash? Yes ____ No X Amount: $ ____________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No X

______________________________________________

8. What are your monthly expenses?

Rent: $ 0 Utilities: 0

Food: $ 0 Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ -- | $ -- |
| " | $ -- | $ -- |
| " | $ -- | $ -- |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Restitution in amount of $887.50 to CDCR

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2/27/08
DATE

[signature]
SIGNATURE OF APPLICANT

JERRY FREDERICK P94354
CTF-SOUTH D7-79up
P.O.Box 690
SOLEDAD, CA 93960-0690

COURT CLERK
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, 94102-3483

RE: Certificate of Funds for IN FORMA PAUPERIS APPLICATION

Case Number: _______________

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of JERRY FREDERICK for the last six months at
[prisoner name]
Correctional Training Facility where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 9.52 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 11.98.

Dated: 4/22/08

Yolanda Chavez
Authorized officer of the institution
Acct 1 Specialist

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4/22/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Yolanda Chavez
TRUST OFFICE
Acct 1 Specialist

REPORT ID: TS3030 .701 REPORT DATE: 04/22/08

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 23, 2007 THRU APR. 22, 2008

ACCOUNT NUMBER : P94354 BED/CELL NUMBER: SOD500000000037U
ACCOUNT NAME : FREDERICK, JERRY MICHAEL ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 11/23/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/07 | *VD54 | INMATE PAYROL | 2045 | P5 | 16.20 | | 16.20 |
| 01/14 | FC04 | DRAW-FAC 4 | 2202 | SOUTH | | 16.20 | 0.00 |
| 02/05 | *VD54 | INMATE PAYROL | 2468 | P1 | 16.20 | | 16.20 |
| 03/05 | *VD54 | INMATE PAYROL | 2851 | P3 | 16.20 | | 32.40 |
| 04/03 | *VD54 | INMATE PAYROL | 3154 | P16 | 8.51 | | 40.91 |
| 04/14 | *FC01 | DRAW-FAC 1 | 3349 | ML | | 39.60 | 1.31 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 03/04/2008 | H107 | POSTAGE HOLD | 2849 POST | 1.31 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/12/00 CASE NUMBER: BA197470
COUNTY CODE: LA FINE AMOUNT: $ 1,200.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 11/23/2007 | | BEGINNING BALANCE | | 905.50 |
| 01/07/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 18.00- | 887.50 |
| 02/05/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 18.00- | 869.50 |
| 03/05/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 18.00- | 851.50 |
| 04/03/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 9.45- | 842.05 |

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust office



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4/22/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE
Acct. I Specialist