IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY M. FREDERICK,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>   Defendant.<br>_____ | No. C 08-2222 MMC (PR)<br><br>**ORDER GRANTING DEFENDANT'S SECOND REQUEST FOR EXTENSION OF TIME**<br><br>**(Docket No. 27)** |

GOOD CAUSE APPEARING, the second request of defendant for an extension of time to file a dispositive motion is hereby GRANTED. Defendant shall file a dispositive motion no later than **October 14, 2009**. Within **thirty** days of the date such dispositive motion is filed, plaintiff shall file with the Court and serve on defendant's counsel opposition thereto. Defendant <u>shall</u> file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

This order terminates Docket No. 27.

IT IS SO ORDERED.

DATED: September 3, 2009

_____
MAXINE M. CHESNEY
United States District Judge