United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY M. FREDERICK,                    )   No. C 08-2222 MMC (PR)
                                       )
            Plaintiff,                 )
                                       )   **ORDER GRANTING DEFENDANT'S**
      v.                               )   **THIRD REQUEST FOR EXTENSION OF**
                                       )   **TIME**
CALIFORNIA DEPARTMENT OF               )
CORRECTIONS AND                        )
REHABILITATION,                        )   **(Docket No. 37)**
                                       )
            Defendant.                 )
_____ )

        GOOD CAUSE APPEARING, the third request of defendant for an extension of time

to file a dispositive motion is hereby GRANTED.  Defendant shall file a dispositive motion

no later than **December 3, 2009**.  No further extensions of time for defendant to file a

dispositive motion shall be granted absent a showing of extraordinary circumstances.

        Within **thirty** days of the date defendant's dispositive motion is filed, plaintiff shall

file with the Court and serve on defendant's counsel opposition thereto.  Defendant <u>shall</u> file

a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

        This order terminates Docket No. 37.

        IT IS SO ORDERED.

DATED: October 23, 2009

                                    _____
                                    MAXINE M. CHESNEY
                                    United States District Judge