IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JERRY M. FREDERICK,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>Defendant. | C 08-2222 MMC (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR A STAY OF DISCOVERY PENDING RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Defendant California Department of Corrections and Rehabilitation (CDCR) filed a motion for an order staying discovery pending the Court's ruling on CDCR's fully briefed motion for summary judgment.

GOOD CAUSE APPEARING, CDCR's motion to stay discovery is GRANTED, and discovery, including all discovery motions, is stayed pending the Court's ruling on CDCR's motion for summary judgment.

Dated: __July 14, 2010__    Vaughn R. Walker    for
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

1

[Proposed] Order Granting Def.'s Mot. Stay Disc.  (C 08-2222 MMC (PR))