IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY M. FREDERICK,<br><br>                              Plaintiff,<br><br>      v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION,<br><br>                              Defendant. | C 08-2222 MMC (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING<br>DEFENDANT'S MOTION FOR AN<br>EXTENSION OF TIME TO COMPLETE<br>MEDIATION |

Defendant California Department of Corrections and Rehabilitation (CDCR) moves the Court to extend the date by which settlement proceedings shall take place to the end of April 2011, or as soon thereafter as Magistrate Judge Vadas's calendar permits.

The Court has read and considered CDCR's motion and the accompanying declaration of counsel and, good cause appearing,

//

//

IT IS ORDERED that CDCR's requested extension of time is GRANTED. The time in which the parties may complete settlement proceedings with Magistrate Judge Vadas is extended to the end of April 2011, or as soon thereafter as Magistrate Judge Vadas's calendar permits.

IT IS SO ORDERED.

Dated: October 26, 2010

THE HONORABLE MAXINE M. CHESNEY
United States District Judge

SF2009202094
20208834.doc

2

[Proposed] Order Granting Def.'s Mot. EOT to Complete Mediation (C 08-2222 MMC (PR))