UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JERRY M. FREDERICK, | No. C 08-2222 MMC/NJV (PR) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE AND RELATED DEADLINES |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference scheduled for 9:00 a.m. on Thursday, December 16, 2010 at Solano State Prison, and all related deadlines, are hereby VACATED.

Pursuant to Judge Chesney's order of October 26, 2010, the settlement conference will be rescheduled to take place no later than the end of April 2011.

IT IS SO ORDERED.

Dated: November 16, 2010

NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JERRY M. FREDERICK, | No. C 08-2222 MMC/NJV (PR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendants. | |

I, the undersigned, hereby certify that on November 16, 2010 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Jerry M. Frederick
P94354
Fenner Canyon Conservation Camp
P.O. Box 100
Valyermo, CA 93563

/s/ Chris Wolpert
_____
Chris Wolpert
Administrative Law Clerk to
the Honorable Nandor J. Vadas