**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7                          EUREKA DIVISION
8
9    JERRY M. FREDERICK,                 No. C 08-2222 MMC/NJV (PR)
10              Plaintiff,               ORDER AND WRIT OF HABEAS
                                         CORPUS AD TESTIFICANDUM
11          v.
12   CALIFORNIA DEPARTMENT
     OF CORRECTIONS AND
13   REHABILITATION,
14              Defendant.
15   _____/
16
17   It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the

18   person of JERRY M. FREDERICK, presently in custody in Sierra Conservation Center, as the presence

19   of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be

     required.
20
     Dated: February 24, 2011
21                                       _____
22                                       NANDOR J. VADAS
                                         United States Magistrate Judge
23
24               THE PRESIDENT OF THE UNITED STATES OF AMERICA
25   TO:    FRANK X. CHAVEZ, WARDEN
26                                GREETINGS
27   WE COMMAND that you have and produce the body of JERRY M. FREDERICK in your custody in

28   the hereinabove-mentioned institution, on March 22, 2011, at 11:00 a.m., at Solano State Prison, in order

     that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter

of Frederick v. California Department of Corrections and Rehabilitation, et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated:  February 24, 2011

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
Administrative Law Clerk

Dated:  February 24, 2011



Judge Nandor J. Vadas

2

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          NORTHERN DISTRICT OF CALIFORNIA
           EUREKA DIVISION
9
10
11   JERRY M. FREDERICK,                    No. C 08-2222 MMC/NJV (PR)

12          Plaintiff,

13          v.                              CERTIFICATE OF SERVICE

14   CALIFORNIA DEPARTMENT
     OF CORRECTIONS AND
15   REHABILITATION, et al.,

16          Defendants.
                                         /
17

18
          I, the undersigned, hereby certify that on February 24, 2011, I SERVED a true and correct copy
19
     of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below,
20
     by depositing said envelope in the U.S. Mail.
21

22

23   **Jerry M. Frederick**
     P94354
24   Sierra Conservation Center State Prison, 18-01 up, SCC
     5150 O'Byrnes Ferry Road
25   Jamestown, CA 95327

26
                                            /s/ Linn Van Meter
27                                       _____
                                            Linn Van Meter
28                                          Administrative Law Clerk to
                                            the Honorable Nandor J. Vadas

                                    3