IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY M. FREDERICK, ) | No. C 08-2222 MMC (PR) |
| ) | |
| Plaintiff, ) | **ORDER SETTING SCHEDULE FOR FILING OF CROSS-MOTION FOR SUMMARY JUDGMENT** |
| v. ) | |
| ) | |
| CALIFORNIA DEPARTMENT ) OF CORRECTIONS AND ) REHABILITATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On April 29, 2008, plaintiff, a California prisoner then incarcerated at the Correctional Training Facility at Soledad and proceeding pro se, filed the above-titled civil rights action.[1] Thereafter, the Court found the complaint stated cognizable claims for injunctive relief and damages under Title II of the Americans with Disabilities Act of 1990, 42 U.S.C.§ 12101 et seq. ("ADA"), and ordered the complaint served on the California Department of Corrections and Rehabilitation ("CDCR"). The Court subsequently denied CDCR's motion for summary judgment and referred the matter to Magistrate Judge Nandor Vadas for settlement proceedings, which proceedings took place on March 22, 2011. The parties did not reach a settlement agreement.

---

[1] Plaintiff currently is incarcerated at the Sierra Conservation Center, in Jamestown, California.

Now pending before the Court are plaintiff's motion for summary judgment and defendant's notice of intent to file a cross-motion for summary judgment and request for a scheduling order.

Good cause appearing, the Court hereby SETS the following briefing schedule:

Defendant shall file a cross-motion for summary judgment no later than June 2, 2011.

Plaintiff shall file his opposition to defendant's motion no later than July 5, 2011.

Defendant <u>shall</u> file a reply to plaintiff's opposition no later than July 19, 2011.

IT IS SO ORDERED.

DATED: April 1, 2011

_____
MAXINE M. CHESNEY
United States District Judge