IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY M. FREDERICK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CALIFORNIA DEPARTMENT ) <br> OF CORRECTIONS AND ) <br> REHABILITATION, ) <br> ) <br> Defendant. ) <br> _____ ) | No. C 08-2222 MMC (PR) <br><br> **ORDER GRANTING DEFENDANT'S REQUESTS FOR EXTENSIONS OF TIME** <br><br> **(Docket No. 120)** |

GOOD CAUSE APPEARING, defendant's requests for extensions of time to: (1) file an opposition to plaintiff's motion for summary judgment, and (2) file a cross-motion for summary judgment are hereby GRANTED.

Defendant shall file an opposition to plaintiff's motion for summary judgment no later than **November 4, 2011**. Plaintiff may file a reply brief no later than **fifteen (15)** days after defendant's opposition is filed.

Defendant shall file a cross-motion for summary judgment or other dispositive motion no later than **November 4, 2011.** Within **thirty (30)** days of the date such dispositive motion

//
//

is filed, plaintiff shall file an opposition thereto.  Defendant <u>shall</u> file a reply to plaintiff's opposition no later than **fifteen (15)** days after plaintiff's opposition is filed.

This order terminates Docket No. 120.

IT IS SO ORDERED.

DATED: October 12, 2011

_____
MAXINE M. CHESNEY
United States District Judge