IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY M. FREDERICK,         )<br>                             )<br>       Plaintiff,           )<br>                             )<br>   v.                        )<br>                             )<br>CALIFORNIA DEPARTMENT        )<br>OF CORRECTIONS AND           )<br>REHABILITATION,              )<br>                             )<br>       Defendant.            )<br>_____ ) | No. C 08-2222 MMC (PR)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSIONS OF TIME**<br><br>**(Docket No. 125)** |

    GOOD CAUSE APPEARING, defendant's second request for extensions of time to: (1) file an opposition to plaintiff's motion for summary judgment, and (2) file a cross-motion for summary judgment are hereby GRANTED.

    Defendant shall file an opposition to plaintiff's motion for summary judgment no later than **November 8, 2011**. Plaintiff may file a reply brief no later than **fifteen (15)** days after defendant's opposition is filed.

    Defendant shall file a cross-motion for summary judgment or other dispositive motion no later than **November 8, 2011.** Within **thirty (30)** days of the date such dispositive motion

//

//

1  is filed, plaintiff shall file an opposition thereto.  Defendant <u>shall</u> file a reply to plaintiff's
2  opposition no later than **fifteen (15)** days after plaintiff's opposition is filed.
3       This order terminates Docket No. 125.
4       IT IS SO ORDERED.
5  DATED: November 8, 2011

                                              _____
                                              MAXINE M. CHESNEY
                                              United States District Judge

**United States District Court**
For the Northern District of California