IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY M. FREDERICK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Defendant.<br>_____ | No. C 08-2222 MMC (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>**(Docket Nos. 138)** |

　　　GOOD CAUSE APPEARING, plaintiff's request for an extension of time to file an opposition to defendants' cross-motion for summary judgment and motion to dismiss is hereby GRANTED.   Plaintiff shall file his opposition on or before January 9, 2012. Defendant <u>shall</u> file a reply within **fifteen (15)** days of the date the opposition is filed.

　　　This order terminates Docket No. 138.

　　　IT IS SO ORDERED.

DATED: November 29, 2011

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　United States District Judge