IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY M. FREDERICK, ) | No. C 08-2222 MMC (PR) |
| Plaintiff, ) | **ORDER GRANTING LEAVE TO FILE OVERSIZED BRIEF** |
| v. ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ) | **(Docket Nos. 145)** |
| Defendant. ) | |

GOOD CAUSE APPEARING, plaintiff's request to file a brief in excess of twenty-five pages is hereby GRANTED; plaintiff may file a brief not to exceed thirty-five pages in length, exclusive of exhibits and declarations.

This order terminates Docket No. 145.

IT IS SO ORDERED.

DATED: January 19, 2012

_____
MAXINE M. CHESNEY
United States District Judge